# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3060
_____

Grant Long

*Plaintiff - Appellant*

Arsenio Clinton

*Plaintiff*

v.

Darren D. Smith, Sr., Individually and in his official capacity
as a police officer for the City of Forrest City; City of Forrest City

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: November 14, 2023
Filed: November 20, 2023
[Unpublished]
_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Grant Long appeals the judgment entered by the district court[1] following an adverse jury verdict in his 42 U.S.C. § 1983 action. We cannot review Long's challenges to the sufficiency of the evidence or evidentiary rulings because Long did not provide a trial transcript and did not request preparation of a transcript at government expense. *See* Fed. R. App. P. 10(b); *Schmid v. United Bhd. of Carpenters & Joiners of Am.*, 827 F.2d 384, 386 (8th Cir. 1987) (holding pro se appellant's failure to order trial transcript made it impossible to rule on weight of evidence or evaluate challenged evidentiary rulings). Further, based on the limited record before us, we conclude no error is apparent in the jury instructions. *See Kaplan v. Mayo Clinic*, 653 F.3d 720, 726 (8th Cir. 2011) (standard of review). Long also challenges the district court's pretrial grant of summary judgment on his abuse of process claim. After careful review, we conclude summary judgment on this claim was proper. *See De Rossitte v. Correct Care Sols., LLC*, 22 F.4th 796, 802 (8th Cir. 2022) (reviewing de novo grant of summary judgment). According, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Lee P. Rudofsky, United States District Judge for the Eastern District of Arkansas.